# EXHIBIT 8



Matthew Cutler
Direct Dial: 314-726-7522
mcutler@hdp.com

February 22, 2021

**Sent via FedEx**

Mr. Roger McArdell
Chief Technology Officer
Ashton Bentley
23 Schooner Court
Crossways Business Park
Dartford, DA2 6NW
United Kingdom

    Re:    United States Patent No. 9,644,787

Dear Mr. McArdell,

    We represent Zeller Digital Innovations, Inc. (d/b/a RoomReady) in its intellectual property matters. RoomReady is a leading innovator and supplier of solutions for meeting room environments. To that end, RoomReady has invested in, and obtained, a portfolio of U.S. Patents directed to its innovative solutions. One such patent is RoomReady's U.S. Patent No. 9,644,787 ("the '787 Patent"), entitled "Videoconferencing Equipment Assembly and Related Methods." The '787 Patent is attached hereto and has claims directed to an assembly of videoconferencing equipment. We write to invite you to take a license to this patent.[1]

    To that end, we have recently reviewed your "Ashton Bentley for Google One Series" ("Accused Assembly") and determined that such offering contains each and every limitation from at least claim 1 of the '787 Patent. To illustrate this point, we have attached a claim chart comparing claim 1 of the '787 Patent to the Accused Assembly.

    As Ashton Bentley may not have been aware of RoomReady's patent rights, at least up to this date, RoomReady proposes a non-exclusive license to the '787 Patent. Please let us know if Ashton Bentley is willing to enter into serious discussions for such a license within thirty (30) days of receipt of this letter. We look forward to hearing from your company soon to discuss the possibility of a business agreement.

---

[1] RoomReady's current portfolio of patents includes U.S. Patent Nos. 9,462,225, 9,644,787, 9,930,293, 10,469,801, 10,477,146, 10,594,979, 10,715,763, 10,721,438 and 10,887,120. RoomReady reserves all legal rights and remedies available to it under any and all available laws, including the right to change the terms and conditions of this proposal at its sole discretion. This proposal shall in no way be deemed a limitation or waiver of these rights.

Harness, Dickey & Pierce, P.L.C.   Attorneys and Counselors
7700 Bonhomme, Suite 400, St. Louis, MO 63105    **Phone** 314.726.7500    **Fax** 314.726.7501

*Metropolitan*:    Detroit, MI    St. Louis, MO    Washington, D.C.    Dallas, TX    www.hdp.com

Mr. Roger McArdell
February 22, 2021
Page 2 of 2

      Lastly, if there is an attorney to whom I should send this or any future correspondence, please provide that person's contact information.

                                        Very truly yours,
                                        HARNESS DICKEY & PIERCE, PLC

                                        Matthew L. Cutler

| U.S. Patent No. 9,644,787 (Claim 1) | Ashton Bentley Product |
|---|---|
| 1. An assembly of videoconferencing equipment, the assembly comprising: |  |
| a flat panel display; | |
| a structure mounting the flat panel display to a support surface; and | |

| | |
|---|---|
| |  |
| videoconferencing equipment mounted to the structure,<br><br>the videoconferencing equipment including a codec, a controller and/or a video/content receiver separate from the flat panel display and mounted to the structure; | **AB Receiver:**<br><br> |



| | | |
|---|---|---|
| | **Meet Compute System:** | |
| | https://meetingdevices.withgoogle.com/seriesone/ | |
| wherein the structure includes an equipment rack having at least a first rack mount and a second rack mount, | Wall Mount System<br>• Easy to install and connect<br>• Cable Management<br>• Brackets for:<br>　– Series One Smart Camera<br>　　(mounted above or below the screen)<br>　– Smart Audio Bar<br>　– Meet Compute & PSU<br>　– Ashton Bentley Receiver | |

| | |
|---|---|
| |  |
| wherein a first one of the codec, the controller and/or the video/content receiver is mounted to the first rack mount, | |
| wherein a second one of the codec, the controller and/or the | |

| | |
|---|---|
| video/content receiver is mounted to the second rack mount, and |  |
| wherein the structure and the codec, controller and/or video/content receiver mounted to the structure are substantially concealed from view by the flat panel display from a front side of the flat panel display. | |

62797470.1